[No. 15251-7-II.  Division Two.  December 28, 1993.]

*In the Matter of the Personal Restraint of*
DAVID H. FISHER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Alexander, C.J., concurred in by Seinfeld, J., and Petrich, J. Pro Tem.

[No. 15011-5-II.  Division Two.  December 28, 1993.]

DONALD LADUCER, *Apellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-04377-4, Thomas A. Swayze, Jr., J., entered April 24, 1991. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 14518-9-II.  Division Two.  December 28, 1993.]

PEOPLES NATIONAL BANK OF WASHINGTON, *Appellant*, v. BIRNEY'S ENTERPRISES, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 87-2-00367-4, Leonard W. Kruse, J., entered December 12, 1990. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.